KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
BEJAN D. FANIBANDA (State Bar No. 266377)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-ksf@coblentzlaw.com,
ef-bdf@coblentzlaw.com

Attorneys for Broadcast Music, Inc., *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; BOY MEETS GIRL MUSIC; WELSH WITCH MUSIC; SCREEN GEMS-EMI MUSIC, INC.; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; SONY/ATV SONGS LLC; FALL OUT BOY, INC. d/b/a CHICAGO X SOFTCORE SONGS<br><br>Plaintiffs,<br><br>v.<br><br>PLAYLAND ABC, LLC d/b/a PLAYLAND BAR; ANZHELIKA V. BISESI and STEVEN J. SCHEFSKY, each individually<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>Trial Date: None Set |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 <u>et seq.</u> (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

## VENUE

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff MJ Publishing Trust is a trust doing business as Mijac Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Boy Meets Girl Music is a partnership owned by Shannon Rubicam and George Robert Merrill. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Welsh Witch Music is a sole proprietorship owned by Stephanie Nicks. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Devo, Inc. is a corporation doing business as Devo Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff EMI Virgin Songs, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Fall Out Boy Inc. is a corporation doing business as Chicago X Softcore Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Defendant Playland ABC, LLC is a limited liability company organized and existing under the laws of the State of California which operates, maintains and controls an establishment known as Playland Bar located at 1351 Polk Street, San Francisco, CA 94019 in this district (the "Establishment").

15. In connection with the operation of the Establishment, Defendant Playland ABC, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

16. Defendant Playland ABC, LLC has a direct financial interest in the Establishment.

17. Defendant Anzhelika V. Bisesi is a managing member of Defendant Playland ABC, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

18. Defendant Anzhelika V. Bisesi has the right and ability to supervise the activities of Defendant Playland ABC, LLC and a direct financial interest in that limited liability company and the Establishment.

19. Defendant Steven J. Schefsky is a managing member of Defendant Playland ABC, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

20. Defendant Steven J. Schefsky has the right and ability to supervise the activities of Defendant Playland ABC, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

21. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 20.

22. Since May 2012, BMI has reached out to Defendants over a hundred times, by phone, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical

compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

23. Plaintiffs allege six (6) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

24. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the six (6) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

25. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

26. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the

Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

28. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

29. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

DATED: November 12, 2015         COBLENTZ PATCH DUFFY & BASS LLP

By:  */s/ Karen S. Frank*
Karen S. Frank
Attorneys for Broadcast Music, Inc., et al.

10570.004 3298646v1

5

**COMPLAINT**

**Schedule**

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 7/12/2013 |
| Line 8 | Place of Infringement | Playland Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I Wanna Dance With Somebody Who Loves Me a/k/a Somebody Who Loves Me |
| Line 3 | Writer(s) | George Merrill; Shannon Rubicam |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Shannon Rubicam and George Robert Merrill, a partnership d/b/a Boy Meets Girl Music |
| Line 5 | Date(s) of Registration | 11/10/86; 6/15/87; 6/30/87 |
| Line 6 | Registration No(s). | PAu 901-755; PA 343-550; PAu 985-995 |
| Line 7 | Date(s) of Infringement | 6/16/2015 |
| Line 8 | Place of Infringement | Playland Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Landslide |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593046 |

| | | |
|---|---|---|
| Line 7 | Date(s) of Infringement | 6/16/2015 |
| Line 8 | Place of Infringement | Playland Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | We Belong |
| Line 3 | Writer(s) | David Eric Lowen; Daniel Navarro |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 1/29/85 |
| Line 6 | Registration No(s). | PA 239-328 |
| Line 7 | Date(s) of Infringement | 6/16/2015 |
| Line 8 | Place of Infringement | Playland Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Whip It |
| Line 3 | Writer(s) | Gerald V. Casale; Mark Mothersbaugh |
| Line 4 | Publisher Plaintiff(s) | Devo, Inc. d/b/a Devo Music; EMI Virgin Songs, Inc. |
| Line 5 | Date(s) of Registration | 10/14/80 |
| Line 6 | Registration No(s). | PA 90-911 |
| Line 7 | Date(s) of Infringement | 6/16/2015 |
| Line 8 | Place of Infringement | Playland Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Sugar, We're Going Down a/k/a Sugar, We're Goin Down |
| Line 3 | Writer(s) | Patrick Stumph; Peter Wentz; Andrew Hurley; Joseph Trohman |

| | | |
|---|---|---|
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Fall Out Boy Inc. d/b/a Chicago X Softcore Songs |
| Line 5 | Date(s) of Registration | 8/11/05 |
| Line 6 | Registration No(s). | PA 1-293-246 |
| Line 7 | Date(s) of Infringement | 6/16/2015 |
| Line 8 | Place of Infringement | Playland Bar |