AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; BOY MEETS GIRL MUSIC; WELSH WITCH MUSIC; SCREEN GEMS-EMI MUSIC, INC.; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; SONY/ATV SONGS LLC; FALL OUT BOY, INC. d/b/a CHICAGO X SOFTCORE SONGS<br>*Plaintiff(s)*<br>v.<br>PLAYLAND ABC, LLC d/b/a PLAYLAND BAR; ANZHELIKA V. BISESI and STEVEN J. SCHEFSKY, each individually<br>*Defendant(s)* | Civil Action No. C-15-5102 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Playland ABC, LLC d/b/a/ Playland Bar, Playland Bar, 1351 Polk Street, San Francisco, CA 94019;
Anzhelika V. Bisesi, Playland Bar, 1351 Polk Street, San Francisco, CA 94019;
Steven J. Schefsky, Playland Bar, 1351 Polk Street, San Francisco, CA 94019.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Karen S. Frank, Esq.
Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104
Telephone: 415.391.4800

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
Susan Y. Soong

Date: November 13, 2015                         *Signature of Clerk or Deputy Clerk*



10570.004 3298699v1