IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | No. C-15-5192 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PLAYLAND ABC, LLC d/b/a PLAYLAND BAR, et al., | |
| Defendants. | |

Before the Court is plaintiffs' Case Management Conference Statement, filed February 11, 2016, in which plaintiffs represent that the parties have agreed on settlement terms and are in the process of finalizing a settlement agreement.[1] Plaintiffs request that the Case Management Conference be continued for a period of sixty days to afford the parties the opportunity to complete the settlement documentation.

Good cause appearing, plaintiffs' request is hereby GRANTED, and the Case Management Conference is hereby CONTINUED from February 19, 2016, to April 22, 2016, at 10:30 a.m. If a dismissal has not been filed as of April 15, 2016, the parties shall file, no later than April 15, 2016, a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: February 11, 2016

MAXINE M. CHESNEY
United States District Judge

_____

[1]Defendants have not appeared.